[Criminal No. 629. Filed February 7, 1927.]

[252 Pac. 1116.]

EDUARDO VALENZUELA, Appellant, v. STATE, Respondent.

Mr. Albert D. Leyhe and Mr. J. C. Niles for Appellant.

Mr. John W. Murphy, Attorney General, for the State.

PER CURIAM.—The appellant was convicted of the crime of second degree murder. He appealed. The record was filed with the clerk of this court on August 31, 1925. Nothing more towards prosecuting the appeal has been done. We have examined the record, and it appears to be free from error. The judgment is therefore affirmed.